| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Shipping Company Castel Braz N.V., et al., §
§
Plaintiffs, §
§
versus §   Civil Action H-08-1217
§
Wartsila North America, Inc., et al., §
§
Defendants. §

# Final Judgment

1. Shipping Company Castel Braz N.V. and Dammer Shipmanagement take nothing from Wartsila North America, Inc., and Wartsila Taiwan, Ltd.

2. Fees and costs are taxed against Castel Braz and Dammer Shipmanagement.

Signed on March 5, 2010, at Houston, Texas.

Lynn N. Hughes
United States District Judge